IN THE SUPREME COURT OF THE STATE OF DELAWARE

GIGERE JACKSON, § 
§ No. 283, 2023
Defendant Below, §
Appellant, § Court Below–Superior Court
§ of the State of Delaware
v. §
§ Cr. ID No.  1707014544 (N)
STATE OF DELAWARE, §
§
Appellee. §

Submitted: October 9, 2023
Decided: December 19, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

After consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons cited by the Superior Court in its July 18, 2023 order denying the appellant's motion for correction of an illegal sentence.[1] Absent plain error, which we do not find here, we decline to consider the arguments that the appellant raises for the first time on appeal.[2]

---

[1] *State v. Jackson*, 2023 WL 4614534 (Del. Super. Ct. July 18, 2023).
[2] Del. Supr. Ct. R. 8.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court be AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice